**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BUM SUNG HAN, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 09-5298 (WHW) |
| | : | |
| 2100 NORTH CENTRAL, LLC, ET AL., | : | |
| | : | |
| Defendant, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**Walls, Senior District Judge**

This matter having come before the Court upon the application of Greenbaum, Rowe, Smith & Davis LLP, attorneys for Intervening Party 111 Debt Acquisition, LLC ("111 Debt"), on written notice to Kim & Bae, P.C., counsel for Plaintiff Bum Sung Han, and the Court having reviewed the submissions and arguments of the parties, and good cause having been shown and set forth on the record,

It is on this 28th day of January, 2010:

ORDERED that the Notice of Lis Pendens recorded in the Office of the Clerk of Bergen County on October 27, 2009 in VBook 277 at Page 2114 (the "Lis Pendens") be and hereby is DISCHARGED.

**NOT FOR PUBLICATION**

ORDERED that 111 Debt may record a copy of this Order with the Clerk of Bergen County as evidence of the discharge of the Lis Pendens.

ORDERED that 111 Debt shall not knowingly sell, transfer, or otherwise convey its Note, Mortgage or any related property or other rights against 2100 North Central Road, LLC, or any deed in lieu of foreclosure or other deed, assignment or title with respect to the premises located at 2100 North Central Road, Ft. Lee, New Jersey to defendant Robert Y. Lee or his affiliates, as the term "affiliate" is defined in the Securities Exchange Act of 1934.


s/ William H. Walls
United States Senior District Judge